# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

## VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

**CR 19 0505**

FILED

OCT -3 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNDER SEAL

RICHARD JUDE DASCHBACH,

MMC

DEFENDANT(S).

---

# INDICTMENT

18 U.S.C. § 1343 – Wire Fraud;
18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

---

A true bill.

_____
                                    Foreman

Filed in open court this ___3rd___ day of

__October , 2019__.

_____
                                    Clerk

NO BAIL WARRANT

THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE        Bail/$ _____

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

— OFFENSE CHARGED —

18 U.S.C. § 1343 – Wire Fraud;
18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   20 years maximum imprisonment per count
3 years supervised release
$250,000 fine
$100 special assessment

~~UNDER SEAL~~

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED

— DEFENDANT - U.S —

▶ RICHARD JUDE DASCHBACH

OCT 3 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

CR 19 0505

MMC

— DEFENDANT —

**IS _NOT_ IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒   If not detained give date any prior
summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction          } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes     } If "Yes"
been filed?    ☐ No          give date filed _____

DATE OF ARREST ▶   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year _____

— PROCEEDING —

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO. }

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO. }

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   David L. Anderson
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Elise LaPunzina

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT      Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____     Before Judge: _____

Comments:

1 DAVID L. ANDERSON (CABN 149604)
United States Attorney

2

3                                                                                    FILED

4                                                                                OCT ~ 3 2019
                                                                          SUSAN Y. SCON~
5                                                                   CLERK, U.S. DISTRICT C
                                                            NORTHERN DISTRICT OF CALIFORNIA
                           ~~UNDER SEAL~~
6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA                          MMC

10                          SAN FRANCISCO DIVISION

11   UNITED STATES OF AMERICA,            )   CASE NO.   CR  19  0505
                                          )
12        Plaintiff,                      )   VIOLATIONS:
                                          )   18 U.S.C. § 1343 – Wire Fraud;
13        v.                              )   18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) –
                                          )   Forfeiture Allegation
14   RICHARD JUDE DASCHBACH,              )
                                          )   SAN FRANCISCO
15        Defendant.                      )
                                          )
16                                        )
                                          )
17   _____     )

18                              I N D I C T M E N T

19   The Grand Jury charges:

20                              Introductory Allegations

21        At all times relevant to this Indictment:

22        1.     Richard Jude Daschbach ("DASCHBACH") was a United States citizen.  In

23   approximately 1966, DASCHBACH was ordained as a Catholic priest in Illinois and became a member

24   of the Society of the Divine Word (i.e. "Societas Verbi Divini" or "SVD").

25        2.     Topu Honis Shelter Home ("Topu Honis") was a residential facility for disadvantaged

26   male and female children and adults in Timor-Leste.  DASCHBACH founded Topu Honis in

27   approximately 1993 and served as its director through at least 2018.

28

INDICTMENT

3.      One World Children's Fund ("OWCF") was a U.S-based non-profit organization located in San Francisco, California.  OWCF was a fiscal sponsor for a number of international partner charities seeking to create positive change in the lives of children around the world.  OWCF collected funds from donors wishing to financially support a specific OWCF partner and then wired the money to the partner on behalf of the donors.

4.      Victims 1, 2, 3, and 4 were minor females when they resided at Topu Honis between 2004 and 2014.  In or around February 2018, victims 1, 2, 3, and 4 all reported having been repeatedly sexually abused by DASCHBACH, including instances of oral sex and touching of nude genitals, when they were minors at Topu Honis.  In addition to sexually abusing victims 1, 2, 3, and 4, DASCHBACH consistently required at least one minor female to sleep with him in his bed at Topu Honis.

The Scheme to Defraud

5.      DASCHBACH submitted a Partner Organization Application Form to OWCF in or about July 2013.  The application form was created by OWCF and was a required step in OWCF's partnership vetting process.  If OWCF accepted Topu Honis as a partner after receiving information about its mission, organization, costs, and needs, in addition to other background information, OWCF would support and promote Topu Honis from the United States.  Charitable donations would be disbursed to Topu Honis based on its regular reports that it continued to serve the needs of its residents and comply with the terms of the grant, and had a financial need for the donations.

6.      In the Partner Organization Application Form, DASCHBACH represented to OWCF that Topu Honis operated as a shelter home for children and adults of all ages who were orphans, from dysfunctional homes, widowed or disabled.  DASCHBACH further represented that Topu Honis addressed several of OWCF's program areas, including health for girls and women.

7.      OWCF entered into a grant agreement with Topu Honis in or around November 2013.  DASCHBACH signed as the Founder and Director of Topu Honis.  OWCF agreed to disburse funds to Topu Honis, subject to the availability of funds, after receiving Topu Honis's reports on how the funds had and would be used consistent with Topu Honis's mission and projected financial needs.

8.      DASCHBACH emailed Topu Honis's reports to OWCF between April 2014 and December 2017.

INDICTMENT                                    2

1     9.     OWCF distributed donations to Topu Honis via wire transfers from OWCF's bank

2 accounts at First Republic Bank and then Wells Fargo Bank in San Francisco, California to Topu

3 Honis's bank account at Bank Mandiri in Indonesia.

4     10.    Throughout his relationship with OWCF from in or about July 2013 until OWCF severed

5 ties with Topu Honis in or about February 2019, DASCHBACH represented that he provided a safe

6 environment for children and that proper attitudes toward women were emphasized.

7     11.    Consistent with OWCF's recommendation that its partners have their own child

8 protection policy, DASCHBACH, as Director of Topu Honis, had a policy which he emailed to a

9 potential donor in or around May 2017.  In its policy, Topu Honis pledged to never engage in any form

10 of sexual activity with children, and to never sleep close to unsupervised children, among other

11 commitments to the welfare of children.

12    12.    DASCHBACH never disclosed to OWCF that he routinely slept with minor females at

13 the shelter, nor that he engaged in any form of sexual conduct with them at any time prior to and during

14 his partnership with OWCF.  Any form of physical or sexual abuse of minors was completely

15 inconsistent with OWCF's mission, would preclude a partnership with it, and would be cause for

16 termination of its partnership agreement.

17    13.    DASCHBACH's misrepresentations resulted in OWCF agreeing and continuing to

18 partner with Topu Honis, and regularly transmitting funds to DASCHBACH to operate Topu Honis.

19    14.    In or around March 2018, DASCHBACH was removed from Topu Honis by SVD.

20 DASCHBACH did not disclose his removal to OWCF nor the reason for it.

21    15.    In or around August 2018, OWCF suspended its partnership when Topu Honis following

22 allegations of child sexual abuse against DASCHBACH.

23    16.    In or around October-November 2018, DASCHBACH was dismissed from SVD

24 following a Decree of Dismissal issued by Father General on or about October 12, 2018.

25    17.    In February 2019, OWCF formally terminated all agreements with Topu Honis.

26 <u>COUNTS ONE THROUGH THREE</u>:     (18 U.S.C. § 1343 – Wire Fraud)

27    18.    Paragraphs 1 through 17 of this Indictment are re-alleged and incorporated as if fully set

28 forth here.

INDICTMENT                     3

19. Beginning in or about July 2013 and continuing through in or about February 2019, in the Northern District of California and elsewhere, the defendant,

RICHARD JUDE DASCHBACH,

knowingly and with the intent to defraud participated in, devised, and intended to devise a scheme and artifice to defraud as to a material matter, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by means of omission with a duty to disclose and concealment of material facts.

20. On or about the dates set forth below, in the Northern District of California and elsewhere, for the purpose of executing the aforementioned scheme and artifice to defraud and attempting to do so, the defendant,

RICHARD JUDE DASCHBACH,

did knowingly transmit and cause to be transmitted in interstate and foreign commerce, by means of a wire communication, certain writings, signs, signals, pictures, and sounds, specifically,

| COUNT ONE | January 17, 2018 | $6,134.82 wire transfer from OWCF account –8894 at First Republic Bank to Topu Honis's account –2229 at Bank Mandiri |
| COUNT TWO | February 23, 2018 | $95,155.00 wire transfer from OWCF account –8894 at First Republic Bank to Topu Honis's account -2229 at Bank Mandiri |
| COUNT THREE | April 24, 2018 | $3,960.22 wire transfer from OWCF account –4316 at Wells Fargo Bank to Topu Honis's account – 2229 at Bank Mandiri |

All in violation of Title 18, United States Code, Section 1343.

FORFEITURE ALLEGATION:      (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

21. The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

22. Upon conviction for any of the offenses set forth in this Indictment, the defendant,

RICHARD JUDE DASCHBACH,

INDICTMENT                                          4

1   shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and

2   Title 28, United States Code, Section 2461(c), all property, real or personal, constituting, or derived

3   from proceeds the defendant obtained directly and indirectly, as the result of those violations.

4         If any of the property described above, as a result of any act or omission of the defendant:

5            a.   cannot be located upon exercise of due diligence;

6            b.   has been transferred or sold to, or deposited with, a third party;

7            c.   has been placed beyond the jurisdiction of the court;

8            d.   has been substantially diminished in value; or

9            e.   has been commingled with other property which cannot be divided without difficulty,

10   the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

11   United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

12         All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code,

13   Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

14

15   DATED:                                 A TRUE BILL.

16   October 3rd, 2019

17                                      _____

18                                      FOREPERSON

19   DAVID L. ANDERSON
     United States Attorney

20

21

22   ELISE LAPUNZINA
     Assistant United States Attorney

23

24

25   JESSICA L. URBAN
     Trial Attorney

26   Child Exploitation and Obscenity Section

27

28

INDICTMENT                       5

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

~~UNDER SEAL~~

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

CR 19 0505                    

**CASE NAME:**                                          **CASE NUMBER:**

USA v.   RICHARD JUDE DASCHBACH                    CR

**Is This Case Under Seal?**                    Yes ✓   No

**Total Number of Defendants:**             1 ✓   2-7          8 or more

**Does this case involve ONLY charges
under 8 U.S.C. § 1325 and/or 1326?**      Yes      No ✓

**Venue (Per Crim. L.R. 18-1):**           SF ✓   OAK        SJ

**Is this a potential high-cost case?**        Yes      No ✓

**Is any defendant charged with
a death-penalty-eligible crime?**           Yes      No ✓

**Is this a RICO Act gang case?**            Yes      No ✓

**Assigned AUSA
(Lead Attorney):** Elise LaPunzina                **Date Submitted:** 10/3/2019

**Comments:**

RESET FORM          SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)